IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE BROWN,  Case No: 1:12-CV-744

      Plaintiff,  Judge Timothy S. Black

vs.

LAWRENCE COUNTY JOINT
VOCATIONAL SCHOOL DISTRICT
BOARD OF EDUCATION,

      Defendant.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court having been notified that this case settled before the Magistrate Judge on January 30, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Dated:  2/6/2013                        _s/ Timothy S. Black_____
                                                                  Timothy S. Black
                                                                  United States District Judge